THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLYDE TOLBERT, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.